PATRICK J. DONOVAN, Appellant, *v.* CUNARD STEAMSHIP COMPANY, LTD., Respondent.

*Appeal — unanimous affirmance of judgment entered upon order granting motion for judgment — appeal therefrom, without permission, dismissed.*

*Donovan* v. *Cunard S. S. Co., Ltd.*, 206 App. Div. 751, appeal dismissed.

(Argued October 2, 1923; decided October 16, 1923.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 13, 1923, which unanimously affirmed a judgment in favor of defendant entered upon an order of Special Term granting a motion by defendant for judgment under rule 107 of the Rules of Civil Practice.

*Joseph A. Burdeau* and *C. Fuller Williams* for appellant.

*Thaddeus G. Cowell* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. NORTHERN FINANCE CORPORATION, Appellant, *v.* WALTER W. LAW, JR., et al., Constituting the State Tax Commission, Respondents.

(Submitted October 8, 1923; decided October 16, 1923.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements.    (See 236 N. Y. 286.)